**Michael A. LOISEAU, Plaintiff–
Appellant,**

v.

**Houston NORRIS, Lieutenant, Shift
Watcher, Rappahannock Regional
Jail, Defendant–Appellee.**

No. 11–7293.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 9, 2012.

Decided: Feb. 14, 2012.

Michael Angelo Loiseau, Appellant Pro Se.

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Loiseau appeals the district court's order adopting the reasoning set forth in the magistrate judge's report and recommendation and dismissing Loiseau's civil rights action for failure to state a claim. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Loiseau's informal brief does not challenge the basis for the district court's disposition, Loiseau has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*